# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLIFFORD C. ABSHIRE, III

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 0349

**AUG 1 9 2019**

In Re:   Clifford C. Abshire, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 649114.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED**.  The district court dismissed relator's petition for judicial review, which ruling was affirmed by this court.  See **Abshire v. Louisiana Dep't of Pub. Safety & Corr.**, 2017-0005 (La. App. 1st Cir. 9/15/17), 2017 WL 4082078 (unpublished), writ denied, 2018-0048 (La. 1/8/19), 259 So.3d 1024.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT